# First District Court of Appeal
## State of Florida

_____

No. 1D2023-2396
_____

JEARICK MACK, JR.,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

August 14, 2024

PER CURIAM.

   AFFIRMED.

OSTERHAUS, C.J., and ROWE and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jearick Mack, Jr., pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.